No. 99–6804. HATCHER v. OFFICE OF COMPLIANCE. C. A. Fed. Cir. Certiorari denied.

No. 99–6808. GENCO v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6819. MAXWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6834. O'DONNELL v. BRILL, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–6850. JAMES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6866. CAMERON v. GARRAGHTY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 99–6874. SCHOMAKER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–6919. GERMOSEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–6920. ROGERS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–6929. RODRIGUEZ-ESTUPINAN v. UNITED STATES; and
No. 99–6931. MUNERA-URIBE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 192 F. 3d 126.

No. 99–6945. BERGER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6950. CARDENAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6960. TATUM v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–6981. PASTRANA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6983. OFORHA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.